BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: Sulima, George Patrick § 
§ 
§ Case No.:
§ 
§ 
Debtor(s) § 
§ 

**FILED**
**JAN 29 2009**
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: 1-29-09

Signature of Debtor

Signature of Attorney (if applicable)

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
Debtor's Social Security *(last four digits only)* /Tax ID No.

Signature of Joint Debtor (if applicable)

Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

Bank Of America
P.o. Box 15726
Wilmington DE 19886-5726


Bank Of America
P.o.box 15726
Willmington DE 19886-5726


Bank Of America
P.o. Box 15102
Wilmington DE 19886-5102


Chase
P.o. Box 15153
Wilmington DE 19886-5153


Chase
P.o. Box 15153
Wilmington DE 19886-5153


Chase
P.o. Box 94014
Palatine IL 60094-4014


Chevron
P.o Box 530950
Atlanta GA 30353-0950


David Keylon
P.o. Box 92916
Albuquerque NM 87199

Dillards
P.o. Box 960012
Orlando FL 32896-0012

Infiniti Financial
P.o. Box 650679
Dallas TX 75265-0679

Internal Revenue Service
Fresno California
Fresno CA 93888-0002

James Chavez Esq
P.o. Box 25205
Albuquerque NM 87125-0205

John Carmody Esq
1200 Pennsylvania N.e.
Albuquerque NM 87110-7410

Little & Gilman-tepper,pa
P.o. Box 26717
Albuquerque NM 87125

Reese Gateley Cpa
4316 Carlisle N.e.
Suite B
Albuquerque NM 87107-1130

Stripling Vs Sulima
Feferman & Warren
300 Central S.w. Suite 2000
Albuquerque NM 87102