BTXN 036 (rev. 02/07)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
George Patrick Sulima § Case No.: 09–70030–hdh7
 § Chapter No.: 7
 Debtor(s) §

# NOTICE OF DEFICIENCY

Notice is hereby given to the Debtor(s) that the Original Petition and/or Other Document(s) filed is/are deficient for one or more of the following reasons:

☐ A mailing matrix containing an alphabetical listing of all creditors, was not filed with the petition as required by N.D. TX L.B.R. 1007–2(a). The mailing matrix must be filed **within 48 hours** of the date of this notice.

☐ Social Security / Tax ID Number must be provided **within 48 hours** of the date of this notice.

☐ Debtor(s)' chapter 13 plan or plan summary and Authorization for preconfirmation of disbursements was not filed with the petition. The plan or plan summary and Authorization for preconfirmation of disbursements in a form acceptable to the Trustee must be filed **within 15 days** of the date of the filing of the petition (Bankruptcy Rule 3015).

☐ Debtor(s)' chapter 13 plan or plan summary and Authorization for preconfirmation of disbursements must be filed **within 15 days** from the date of the order of conversion (Bankruptcy Rule 3015).

☐ Debtor(s)' schedules were not filed with the petition. The schedules must be filed **within 15 days** of the date of the filing of the petition (Bankruptcy Rule 1007(c)).

☐ Debtor(s)' statement of financial affairs was not filed with the petition. The statement of financial affairs must be filed **within 15 days** of the date of filing of the petition (Bankruptcy Rule 1007(c)).

☐ Attorney Fee Disclosure must be filed **within 15 days** of the date of the filing of the petition.

☐ Adversary Cover Sheet (Form 104) not filed with the complaint. Form 104 must be filed with the court **within 2 days** from the date of this notice.

☐ Statistical Summary/Summary of Schedules (Official Form 6) not provided at the time of filing. Official Form 6 must be filed **within 15 days** of the date of the filing of the petition.

☐ Exhibit D not provided with the petition at time of filing. An amended petition including Exhibit D must be filed **within 3 days** from the issuance of this notice.

☐ Twenty Largest Unsecured Creditors must be filed **within 15 days.** of the date of the filing of the petition.

☐ This case was filed without docketing a Form 21 Statement of Social Security Number. Form B21 must be filed with the court within 48 hours of the date of the petition pursuant to General Order 2004–04. If a debtor Social Security Number was erroneously entered by you in this case, you must notify all parties and credit reporting agencies of the correct Social Security Number information.

☐ Certificate from an approved credit counselor of completion of a briefing received **prior to the filing** of the petition must be provided **within days** of the date of the filing of the petition. If the briefing was not completed prior to the petition date, the debtor must submit to the court a certification that complies with the requirements of 11 USC 109(h)(3)(A).

☒ Copies of employee income records must be provided **within 15 days** of the date of the filing of the petition.

☐ Statement of Current Monthly Income must be provided **within 15 days** of the date of the filing of the petition.

☐ Chapter 15 Service List must be provided **within 15 days** of the date of the filing of the petition.

– continued –

page 2

☐ Cash flow statement must be provided **within 7 days** from the issuance of this notice.

☐ Statement of operations must be provided **within 7 days** from the issuance of this notice.

☐ Balance sheet must be provided **within 7 days** from the issuance of this notice.

☐ Other:

**Failure to comply with the N.D. TX L.B.R.'s and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice.**

<u>Return a copy of this notice each time one of the above deficiencies is cured.</u>