**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **09–70030–hdh7**

| |
|---|
| UNITED STATES BANKRUPTCY COURT Northern District of Texas |

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/29/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
George Patrick Sulima
3001 Kemp Blvd #1215
Wichita Falls, TX 76308

| Case Number:<br>09–70030–hdh7 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–9688 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>George Patrick Sulima<br>3001 Kemp Blvd #1215<br>Wichita Falls, TX 76308<br>Telephone number: 505–401–9485 | Bankruptcy Trustee (name and address):<br>Shawn K. Brown<br>Chapter 7 Trustee<br>PO Box 93749<br>Southlake, TX 76092<br>Telephone number: (817)348–0777 |

### Meeting of Creditors

Date: **March 24, 2009**     Time: **09:30 AM**
Location: **U.S. Post Office/Federal Building, 1000 Lamar, Room 216.B, Wichita Falls, TX 76301**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 5/26/09**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the first scheduled meeting of creditors.
The 30–day deadline under Fed. R. Bankr. P. 4003(b) for objecting to exemptions does not recommence when a case under Chapter 13 is converted to a case under Chapter 7.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242–1496<br>Telephone number: 214–753–2000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Tawana C. Marshall |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: 1/29/09 |

**EXPLANATIONS**　　　　　　　　B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0539-7          User: jblanco              Page 1 of 1            Date Rcvd: Jan 29, 2009
Case: 09-70030               Form ID: b9a               Total Served: 17

The following entities were served by first class mail on Jan 31, 2009.
db         +George Patrick Sulima,    3001 Kemp Blvd #1215,    Wichita Falls, TX 76308-1057
12046830    Bank Of America,    P.o. Box 15726,    Wilmington, DE 19886-5726
12046831    Bank Of America,    P.o.box 15726,    Willmington, DE 19886-5726
12046832    Bank Of America,    P.o. Box 15102,    Wilmington, DE 19886-5102
12046836    Chevron,    P.o Box 530950,    Atlanta, GA 30353-0950
12046837   +David Keylon,    P.o. Box 92916,    Albuquerque, NM 87199-2916
12046839    Infiniti Financial,    P.o. Box 650679,    Dallas, TX 75265-0679
12046841    James Chavez Esq,    P.o. Box 25205,    Albuquerque, NM 87125-0205
12046842   +John Carmody Esq,    1200 Pennsylvania N.e.,    Albuquerque, NM 87110-7400
12046843   +Little & Gilman-tepper,pa,    P.o. Box 26717,    Albuquerque, NM 87125-6717
12046844   +Reese Gateley Cpa,    4316 Carlisle N.e.,    Suite B,    Albuquerque, NM 87107-4829
12046845   +Stripling Vs Sulima,    Feferman & Warren,    300 Central S.w. Suite 2000,
             Albuquerque, NM 87102-3298

The following entities were served by electronic transmission on Jan 29, 2009.
tr         +EDI: QSKBROWN.COM Jan 29 2009 18:23:00      Shawn K. Brown,    Chapter 7 Trustee,    PO Box 93749,
             Southlake, TX 76092-0117
12046830    EDI: BANKAMER2.COM Jan 29 2009 18:23:00      Bank Of America,    P.o. Box 15726,
             Wilmington, DE 19886-5726
12046831    EDI: BANKAMER2.COM Jan 29 2009 18:23:00      Bank Of America,    P.o.box 15726,
             Willmington, DE 19886-5726
12046832    EDI: BANKAMER2.COM Jan 29 2009 18:23:00      Bank Of America,    P.o. Box 15102,
             Wilmington, DE 19886-5102
12046835    EDI: CHASE.COM Jan 29 2009 18:23:00      Chase,    P.o. Box 94014,    Palatine, IL 60094-4014
12046833    EDI: CHASE.COM Jan 29 2009 18:23:00      Chase,    P.o. Box 15153,    Wilmington, DE 19886-5153
12046838    EDI: RMSC.COM Jan 29 2009 18:23:00      Dillards,    P.o. Box 960012,    Orlando, FL 32896-0012
12046840    EDI: IRS.COM Jan 29 2009 18:23:00      Internal Revenue Service,    Fresno California,
             Fresno, CA 93888-0002
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12046834*    Chase,    P.o. Box 15153,    Wilmington, DE 19886-5153
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2009**                    **Signature:**    _Joseph Speetjens_