Monte J. White & Associates, P.C.
Monte J. White, State Bar No. 00785232
900 8th Street, Suite 1200
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-70030-hdh7 |
| | § | |
| George Patrick Sulima | § | CHAPTER 7 |
| | § | |
| | § | |
| DEBTOR(S) | § | |

## MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES, George Patrick Sulima, Debtor, in the above-styled and numbered cause, and file this their Motion for Substitution of Counsel, and in support thereof would respectfully show unto the Court as follows:

1. Debtor filed a Pro Se Chapter 7 bankruptcy on 1/29/2009.

2. Debtor respectfully requests that Monte J. White of Monte J. White & Associates, P.C. substitute as attorney of record.

3. Debtor believes this substitution of Monte J. White & Associates, P.C. as attorney of record is necessary and in his best interest.

4. This substitution is not sought for delay.

5. Debtor has agreed to pay Monte J. White & Associates, PC a total fee of $1,595.00.

WHEREFORE, Debtor, George Patrick Sulima, prays the Motion for Substitution of Counsel is granted and Monte J. White be allowed to represent the Debtor in this bankruptcy and for such other and further relief to which said Debtor may be entitled, either at law or in equity.

Respectfully submitted,

Monte J. White & Associates, P.C.
Monte J. White, SBN 00785232
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
Telephone : (940)723-0099
Telecopier : (940)723-0096

AGREED TO AND APPROVED:

George Patrick Sulima

## CERTIFICATE OF SERVICE

I, Monte J. White, do hereby certify that I mailed a true and correct copy of the foregoing Motion to the parties listed on the attached mailing matrix on _____FEBRUARY 20_____, 2009.

Monte J. White

Label Matrix for local noticing
0539-7
Case 09-70030-hdh7
Northern District of Texas
Wichita Falls
Fri Feb 20 11:57:11 CST 2009

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Bank Of America
P.o. Box 15102
Wilmington, DE 19886-5102

Bank Of America
P.o. Box 15726
Wilmington, DE 19886-5726

Bank Of America
P.o.box 15726
Willmington, DE 19886-5726

Chase
P.o. Box 15153
Wilmington, DE 19886-5153

Chase
P.o. Box 94014
Palatine, IL 60094-4014

Chevron
P.o Box 530950
Atlanta, GA 30353-0950

David Keylon
P.o. Box 92916
Albuquerque, NM 87199-2916

Dillards
P.o. Box 960012
Orlando, FL 32896-0012

Infiniti Financial
P.o. Box 650679
Dallas, TX 75265-0679

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

James Chavez Esq
P.o. Box 25205
Albuquerque, NM 87125-0205

John Carmody Esq
1200 Pennsylvania N.e.
Albuquerque, NM 87110-7400

Little & Gilman-tepper,pa
P.o. Box 26717
Albuquerque, NM 87125-6717

Reese Gateley Cpa
4316 Carlisle N.e.
Suite B
Albuquerque, NM 87107-4829

Stripling Vs Sulima
Feferman & Warren
300 Central S.w. Suite 2000
Albuquerque, NM 87102-3298

George Patrick Sulima
3001 Kemp Blvd #1215
Wichita Falls, TX 76308-1057

Shawn K. Brown
Chapter 7 Trustee
PO Box 93749
Southlake, TX 76092-0117

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Fresno California
Fresno, CA 93888-0002

End of Label Matrix
Mailable recipients   19
Bypassed recipients    0
Total                 19