

**ENTERED**
NORTHERN DISTRICT OF TEXAS
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 24, 2009**                                    **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-70030-hdh-7 |
| | § | |
| George Patrick Sulima | § | CHAPTER 7 |
| | § | |
| | § | |
| DEBTOR(S) | § | |

ORDER APPROVING SUBSTITUTION OF COUNSEL

Upon on the Motion of the Debtor, George Patrick, in the above case, to substitute Monte J. White of Monte J. White & Associates, P.C. as counsel representation in this Chapter 7 Bankruptcy proceeding, it is

ORDERED that Monte J. White of Monte J. White & Associates, P.C. is hereby substituted as counsel for the debtor in Bankruptcy Case No. 09-70030-hdh-7.

# # # END OF ORDER # # #

PREPARED BY:
Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301
legal@montejwhite.com