Certificate Number: 12490-TXN-DE-006393241

Bankruptcy Case Number: 09-70030

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on March 11, 2009, at 1:34 o'clock PM CDT, George Sulima completed a course on personal financial management given by internet by Dave Ramsey's Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: March 11, 2009        By    /s/Christy Darnauer

                            Name  Christy Darnauer

                            Title Bankruptcy Debtor Education Advisor