B6D (Official Form 6D) (12/07)

In re **George Patrick Sulima**                                                         Case No.  **09-70030-hdh7**
                                                                                                        (if known)

### *AMENDED*
### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  | **Subtotal (Total of this Page) >** |  |  |  | **$0.00** | **$0.00** |
|  |  |  | **Total (Use only on last page) >** |  |  |  | **$0.00** | **$0.00** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **George Patrick Sulima**                                                                    Case No.    **09-70030-hdh7**
                                                                                                                    (If Known)

## *AMENDED*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **George Patrick Sulima**                                                             Case No. **09-70030-hdh7**
                                                                                                           (If Known)

*AMENDED*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **9688**<br>**IRS Special Procedures**<br>**1100 Commerce St., Room 951**<br>**Mail Stop 5029 DAL**<br>**Dallas, TX 75246** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**1040 Taxes**<br>REMARKS:<br>**2007 Income taxes** | | | | $8,000.00 | $8,000.00 | $0.00 |

Sheet no. ___**1**___ of ___**1**___ continuation sheets    **Subtotals (Totals of this page) >**    $8,000.00 | $8,000.00 | $0.00
attached to Schedule of Creditors Holding Priority Claims
                                                                        **Total >**    $8,000.00
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

                                                                        **Totals >**                 $8,000.00 | $0.00
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re  **George Patrick Sulima**                                                                 Case No.  **09-70030-hdh7**
                                                                                                                    (if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx-xxxx-xxxx-2906**<br>**Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $6,449.00 |
| ACCT #: **xxxx-xxxx-xxxx-4042**<br>**Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $13,269.00 |
| ACCT #: **xxxxxxxxx9084**<br>**Bank of America**<br>**P.O. Box 15102**<br>**Wilmington, DE 19886-5102** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $11,116.00 |
| ACCT #: **xxxx-xxxx-xxxx-2331**<br>**Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $8,540.00 |
| ACCT #: **xxxx-xxxx-xxxx-4097**<br>**Chase**<br>**Cardmember Service**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $8,514.00 |
| ACCT #: **xxxxxx/xxxxxx5271**<br>**Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $26,059.00 |
| | | | | | | **Subtotal >** | **$73,947.00** |
| | | | | | | **Total >**<br>**(Use only on last page of the completed Schedule F.)**<br>**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | |

_____**2**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **George Patrick Sulima**                                Case No. **09-70030-hdh7**
                                                                    (if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxxxx6094**<br>**Chevron**<br>PO Box 530950<br>Atlanta, GA 30353-0950 | - | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $1,481.00 |
| ACCT #: **9688**<br>**David Keylon**<br>PO Box 92916<br>Albuquerque, NM 87199 | - | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $1,300.00 |
| ACCT #: **xxxxxxxxxxxx4701**<br>**Dillard's**<br>P.O. Box 960012<br>Orlando, Fl 32896-0012 | - | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $2,700.00 |
| ACCT #: **xxx6625**<br>**Feferman & Warren**<br>300 Central S.W. Ste 2000<br>Albuquerque, NM 87102 | - | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxx6625**<br>**Gary Stripling & Louis**<br>PO Box 1043<br>Aztec, NM 87410 | - | | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | $150,000.00 |
| ACCT #: **9688**<br>**James Chavez, Esq**<br>PO Box 25205<br>Albuquerque, NM 87125-0205 | - | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $27,800.00 |

Sheet no. ____1____ of ____2____ continuation sheets attached to    **Subtotal >**    $183,281.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **George Patrick Sulima**  Case No. **09-70030-hdh7**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **7688**<br>**John Carmody, Esq**<br>**1200 Pennsylvania N.E**<br>**Albuquerque, NM 87110-7410** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $7,000.00 |
| ACCT #: **9688**<br>**Little & Gilman-Tepper, PA**<br>**PO Box 26717**<br>**Albuquerque, NM 87125** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $18,500.00 |
| ACCT #: **xxlig.o**<br>**Reese Gateley, CPA**<br>**4316 Carlisle N.E.**<br>**Ste B**<br>**ALBUQUERQUE, NM 87107-1130** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $7,000.00 |

Sheet no. ___**2**___ of ___**2**___ continuation sheets attached to  **Subtotal >**  $32,500.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**  $289,728.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:  **George Patrick Sulima**                                     CASE NO    **09-70030-hdh7**

                                                                                                                                                            CHAPTER    **7**

*AMENDED*
**VERIFICATION OF MAILING LIST**

      In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of her knowledge.  I also certify that the attached mailing list

( ) is the first mailing list filed in this case.

(x) adds entities not listed on previously filed mailing list(s).

( ) changes or corrects names and address on previously filed mailing lists.


Date  03/18/2009                                              Signature   /s/ George Patrick Sulima
                                                                                                                    *George Patrick Sulima*


Date _____          Signature _____

```
Chase
Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014


Gary Stripling  & Louis
PO Box 1043
Aztec, NM 87410
```

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:  George Patrick Sulima                             CASE NO.  09-70030-hdh7

                                                          CHAPTER  7

## Certificate of Service

The undersigned hereby certifies that on March 19, 2009, a true and correct copy of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines was served on all interested parties listed below by ECF and/or regular mail.

Date:  03/19/2009                    /s/ Monte J. White
                                     **Monte J. White**
                                     Attorney for the Debtor(s)

Chase
Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014


Gary Stripling & Louis
PO Box 1043
Aztec, NM 87410