B6C (Official Form 6C) (12/07)

In re **George Patrick Sulima**  Case No. **09-70030-hdh7**
(If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☑ 11 U.S.C. § 522(b)(2)
- ☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Funds in Court Registry from sale of property in New Mexico - $11,872.30 50% community property | 11 U.S.C. § 522(d)(5) | $5,936.15 | $5,936.15 |
| Checking @ First National Bank of Byers | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| Furniture | 11 U.S.C. § 522(d)(3) | $2,500.00 | $2,500.00 |
| Clothing | 11 U.S.C. § 522(d)(3) | $1,000.00 | $1,000.00 |
| Garnished wages - Solitaire Holdings | 11 U.S.C. § 522(d)(5) | $2,700.00 | $2,700.00 |
| | | **$12,236.15** | **$12,236.15** |