**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:  **George Patrick Sulima**                                    CASE NO  **09-70030-hdh7**

                                                                                                  CHAPTER  **7**

*AMENDED*
# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

**None**

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Infiniti Financial<br>PO Box 650679<br>Dallas, TX 75265-0679 | **Describe Leased Property:**<br>2007 Infiniti FX35<br>Acct# 29009349954<br>$530/monthly<br>$11,000 balance | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑            NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE: **George Patrick Sulima**   CASE NO **09-70030-hdh7**

CHAPTER **7**

*AMENDED*
**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

*Continuation Sheet No. 1*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **03/17/2009**   Signature **/s/ George Patrick Sulima**
   *George Patrick Sulima*

Date _____   Signature _____