Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| George Patrick Sulima | § | CASE NO. 09-70030-hdh-7 |
| | § | |
| | § | Hearing on August 19, 2009 |
| | § | 9:00 AM |

NOTICE OF HEARING ON Motion to Compel Turnover of Funds

COMES NOW George Patrick Sulima , Debtor, and files this Notice of Hearing. Attorney for Debtor hereby notifies that hearing on Motion to Compel Turnover of Funds is set before the Honorable Judge Harlin D. Hale, at 9:00 A.M., August 19, 2009, in the United States Bankruptcy Court, Room 208, 1000 Lamar, Wichita Falls, Texas 76301.

CERTIFICATE OF SERVICE

The undersigned hereby certified that on July 2, 2009 a true and correct copy of the foregoing was served on the following parties in interest by ECF and/or regular mail:

CHAPTER 7 TRUSTEE                    DEBTORS
Shawn K. Brown                       George Patrick Sulima
PO Box 93749                         PO Box 1028
Southlake, TX 76072                  Wichita Falls, TX 76307

ATTORNEY FOR SOLITAIRE HOLDINGS, LLC
Randy Witzke
7605 Nickles Rd.
Duncan, OK 73533

/s/Monte J. White, Attorney for Debtor(s)