BTXN 105a (rev. 1/00)

Receipt No.: _____

Initials: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: GEORGE PATRICK SULIMA

GARY STRIPLING and         Plaintiff(s)        § Case No.: 09-70030-hdh7
LOUISE PARTEN F/K/A                            §
LOUISE STRIPLING                               §
         v.                                    § Adversary No.:
                                               §
GEORGE PATRICK SULIMA,    Defendant(s)         §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Feferman, Richard N.
       *Last*    *First*    *MI*

2. Firm Name: Feferman, Warren + Trephen

3. Address: 300 Central Ave., SW.
   Suite 2000 West
   Albuquerque, NM 87102

4. Phone: (505) 243 7773    FAX: 505 243 6663

5. Name used to sign *all* pleadings: Richard Feferman

6. Retained by: Gary Stripling and Louise Parten (fka Stripling)

7. Admitted on October 11, 1972 and presently a member in good standing of the bar of the highest court of the state of New Mexico and issued the bar license number of 787.

8. Admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Colorado | 5/19/72 |
| Michigan | 5/25/73 |
| US District Court NM | approximately 1981 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

☒ Yes ☐ No

If "No," please list all courts which you are no longer admitted to practice:

Inactive — Colorado, Michigan

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐ Yes ☒ No

If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐ Yes ☒ No

If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| *Date of Application* | *Case No. and Style* |
|---|---|
| none | |
| | |
| | |

13. Local counsel of record: Stewart R. Miller

14. Local counsel's address: 9310 Esplanade Drive
Dallas, TX 75220

*Continued.*

   I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

   I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

   ☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

   ☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankrutpcy Court accompanied with the $25.00 filing fee on _____.

_Richard Feferman_              _5/15/09_
Printed Name of Applicant            Date

_[signature]_
Signature of Applicant