BTXN 105a (rev. 1/00)

Receipt No.: _____

Initials: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: GEORGE PATRICK SULIMA

GARY STRIPLING and
LOUISE PARTEN f/k/a
LOUISE STRIPLING        Plaintiff(s)

v.

Defendant(s)

GEORGE PATRICK SULIMA

Case No.: 09-70030-hdh7

Adversary No.:

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: PARNALL    CHARLES    S
   *Last*    *First*    *MI*

2. Firm Name: FEFERMAN, WARREN & TREINEN, PA

3. Address: 300 Central Ave SW, Suite 2000 W
   Albuquerque, NM. 87102

4. Phone: (505) 423-7773    FAX: (505) 423-6663

5. Name used to sign *all* pleadings: Charles Parnall

6. Retained by: Gary Stripling & Louise Parten f/k/a Louise Stripling

7. Admitted on September 27, 2007 and presently a member in good standing of the bar of the highest court of the state of New Mexico and issued the bar license number of 28186.

8. Admitted to practice before the following courts:

   *Court:*    *Admission Date:*
   New Mexico State District Courts    September 27, 2007
   U.S. District Court (D.N.M.)    October 25, 2007

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☒ Yes ☐ No

    If "Yes," please provide details: D.U.I, El Cerrito, CA 2004, Probation completed successfully without incident.

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | None | — |

13. Local counsel of record: Stewart Ransom Miller, Miller & Miller

14. Local counsel's address: 9310 Esplanade Dr., Dallas TX 75220

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankrutpcy Court accompanied with the $25.00 filing fee on _____.

Charles Parnall
Printed Name of Applicant

5/15/09
Date

[signature]
Signature of Applicant