Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| George Patrick Sulima | § | CASE NO. 09-70030-hdh-7 |
| | § | |
| | § | Hearing on August 19, 2009 |
| | § | 11:00 AM |

AMENDED NOTICE OF HEARING ON Motion to Compel Turnover of Funds

COMES NOW George Patrick Sulima, Debtor, and files this Notice of Hearing. Attorney for Debtor hereby notifies that hearing on Motion to Compel Turnover of Funds is set before the Honorable Judge Harlin D. Hale, at 11:00 A.M., August 19, 2009, in the United States Bankruptcy Court, Room 208, 1000 Lamar, Wichita Falls, Texas 76301.

CERTIFICATE OF SERVICE

The undersigned hereby certified that on August 17, 2009, a true and correct copy of the foregoing was served on the following parties in interest by ECF and/or regular mail:

/s/Monte J. White, Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 09-70030-hdh7<br>Northern District of Texas<br>Wichita Falls<br>Mon Aug 17 11:03:40 CDT 2009 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Bank Of America<br>P.o. Box 15102<br>Wilmington, DE 19886-5102 |
| Bank Of America<br>P.o. Box 15726<br>Wilmington, DE 19886-5726 | Bank Of America<br>P.o.box 15726<br>Willmington, DE 19886-5726 | Chase<br>Cardmember Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| Chase<br>P.o. Box 15153<br>Wilmington, DE 19886-5153 | Chase<br>P.o. Box 94014<br>Palatine, IL 60094-4014 | Chevron<br>P.o Box 530950<br>Atlanta, GA 30353-0950 |
| David Keylon<br>P.o. Box 92916<br>Albuquerque, NM 87199-2916 | Dillards<br>P.o. Box 960012<br>Orlando, FL 32896-0012 | Gary Stripling  & Louis<br>PO Box 1043<br>Aztec, NM 87410-1043 |
| Infiniti Financial<br>P.o. Box 650679<br>Dallas, TX 75265-0679 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | James Chavez Esq<br>P.o. Box 25205<br>Albuquerque, NM 87125-0205 |
| John Carmody Esq<br>1200 Pennsylvania N.e.<br>Albuquerque, NM 87110-7400 | Little & Gilman-tepper,pa<br>P.o. Box 26717<br>Albuquerque, NM 87125-6717 | Reese Gateley Cpa<br>4316 Carlisle N.e.<br>Suite B<br>Albuquerque, NM 87107-4829 |
| Shari Sulima<br>6355 San Antonio NE<br>Albuquerque, NM 87111 | Stripling Vs Sulima<br>Feferman & Warren<br>300 Central S.w. Suite 2000<br>Albuquerque, NM 87102-3298 | George Patrick Sulima<br>3001 Kemp Blvd  #1215<br>Wichita Falls, TX 76308-1057 |
| Monte J. White<br>1106 Brook Ave<br>Wichita Falls, TX 76301-5009 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Wichita Falls, TX 76301-5009 | Shawn K. Brown<br>Chapter 7 Trustee<br>PO Box 93749<br>Southlake, TX 76092-0117 |
| UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | | |

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Fresno California
Fresno, CA 93888-0002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Gary Stripling                    (u)Louise Parten                    (u)Louise Stripling

End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27