Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| George Patrick Sulima | § | CASE NO. 09-70030-hdh-7 |
| | § | |
| | § | Hearing on September 16, 2009 |
| | § | 9:00 AM |

AMENDED NOTICE OF HEARING ON Motion to Compel Turnover of Funds

COMES NOW George Patrick Sulima, Debtor, and files this Notice of Hearing. Attorney for Debtor hereby notifies that hearing on Motion to Compel Turnover of Funds is set before the Honorable Judge Harlin D. Hale, at 9:00 A.M., September 16, 2009, in the United States Bankruptcy Court, Room 222, 1000 Lamar, Wichita Falls, Texas 76301.

CERTIFICATE OF SERVICE

The undersigned hereby certified that on August 20, 2009, a true and correct copy of the foregoing was served on the following parties in interest by ECF and/or regular mail:

/s/Monte J. White, Attorney for Debtor(s)

```
Label Matrix for local noticing      1100 Commerce Street              Bank Of America
0539-7                                Room 1254                        P.o. Box 15102
Case 09-70030-hdh7                    Dallas, TX 75242-1305            Wilmington, DE 19886-5102
Northern District of Texas
Wichita Falls
Mon Aug 17 11:03:40 CDT 2009

Bank Of America                       Bank Of America                  Chase
P.o. Box 15726                        P.o.box 15726                    Cardmember Service
Wilmington, DE 19886-5726             Willmington, DE 19886-5726       P.O. Box 94014
                                                                       Palatine, IL 60094-4014

Chase                                 Chase                            Chevron
P.o. Box 15153                        P.o. Box 94014                   P.o Box 530950
Wilmington, DE 19886-5153             Palatine, IL 60094-4014          Atlanta, GA 30353-0950

David Keylon                          Dillards                         Gary Stripling  & Louis
P.o. Box 92916                        P.o. Box 960012                  PO Box 1043
Albuquerque, NM 87199-2916            Orlando, FL 32896-0012           Aztec, NM 87410-1043

Infiniti Financial                    (p)INTERNAL REVENUE SERVICE      James Chavez Esq
P.o. Box 650679                       CENTRALIZED INSOLVENCY OPERATIONS P.o. Box 25205
Dallas, TX 75265-0679                 PO BOX 21126                     Albuquerque, NM 87125-0205
                                      PHILADELPHIA PA 19114-0326

John Carmody Esq                      Little & Gilman-tepper,pa        Reese Gateley Cpa
1200 Pennsylvania N.e.                P.o. Box 26717                   4316 Carlisle N.e.
Albuquerque, NM 87110-7400            Albuquerque, NM 87125-6717       Suite B
                                                                       Albuquerque, NM 87107-4829

Shari Sulima                          Stripling Vs Sulima              George Patrick Sulima
6355 San Antonio NE                   Feferman & Warren                3001 Kemp Blvd  #1215
Albuquerque, NM 87111                 300 Central S.w. Suite 2000      Wichita Falls, TX 76308-1057
                                      Albuquerque, NM 87102-3298

Monte J. White                        Monte J. White                   Shawn K. Brown
1106 Brook Ave                        Monte J. White & Associates, P.C. Chapter 7 Trustee
Wichita Falls, TX 76301-5009          1106 Brook Avenue                PO Box 93749
                                      Wichita Falls, TX 76301-5009     Southlake, TX 76092-0117

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Fresno California
Fresno, CA 93888-0002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Gary Stripling                    (u)Louise Parten                    (u)Louise Stripling

End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27