Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave.
Wichita Falls, Texas 76301
(940) 723-0099
(940) 723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 09-70030-hdh7 |
| George Patrick Sulima | § § § | |
| DEBTOR | § § § | |

NOTICE OF DEBTOR ADDRESS CHANGE

COMES NOW George Patrick Sulima, Debtor, and files this Notice of Address Change. Attorney for Debtor hereby notifies that proper address for service on Debtor is:

906 Hurl Dr.
Pittsburgh, PA 15236

Dated: September 14, 2009

Respectfully Submitted,

/s/ Monte J. White
Attorney For Debtor